[No. 9612-5-I.   Division One.   February 16, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
CONRAD OTERO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-02257-8, Jerome M. Johnson, J., entered
February 9, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Durham, A.C.J., and Corbett,
J.

[No. 9613-3-I.   Division One.   February 16, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY
ROBERT MARSH, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80-1-00570-1, Dennis J. Britt, J.,
entered August 28, 1980. *Affirmed* by unpublished opinion
per Andersen, C.J., concurred in by Ringold and Durham,
JJ.

[No. 8099-7-I.   Division One.   February 16, 1982.]

DAVID L. OLSON, *Respondent,* v. TIMBERLAIN
KENNELS, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 79-2-02570-2, Paul D. Hansen, J.,
entered October 1, 1979. *Reversed* and *remanded* by
unpublished opinion per Andersen, C.J., concurred in by
James and Corbett, JJ.